NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Robert Stempler, Cal. Bar No. 160299
Email: Robert@StopCollectionHarassment.com
Consumer Law Office of Robert Stempler, APC
P.O. Box 7145
Oxnard, CA 93031-7145
Telephone (818) 457-3031
Fax: (818) 975-5281

FILED
2014 JAN 17 PM 3: 27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

ATTORNEY(S) FOR: ADELA GIESSEN and GARY GIESSEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA GIESSEN and GARY GIESSEN<br><br>Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC. WELLS FARGO BANK<br>Defendant(s) | CASE NUMBER:<br>SACV14-00085 RNB<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  ADELA GIESSEN and GARY GIESSEN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ADELA GIESSEN | Plaintiff |
| GARY GIESSEN | Plaintiff |
| EXPERIAN INFORMATION SOLUTIONS, INC. | Defendant |
| TRANS UNION LLC | Defendant |
| EQUIFAX INFORMATION SERVICES, LLC. | Defendant |
| WELLS FARGO BANK, N.A. | Defendant |

January 17, 2014
Date

_/s/_ 
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, ADELA GIESSEN and GARY GIESSEN

BY FAX COPY

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES