UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA GIESSEN and GARY GIESSEN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC., and WELLS FARGO BANK, N.A.;<br><br>　　　　Defendants. | Case No. 8:14-cv-00085-JVS-DFM<br><br>ORDER RE NOTICE OF SETTLEMENT, SETTING OSC DATE, TAKING ALL OTHER HEARINGS OFF CALENDAR |

On stipulation of the parties that Plaintiffs have settled with each and every defendant, an Order to Show Cause re Dismissal is set for May 18, 2105 at 11:00 a.m., which hearing shall be taken off calendar, upon the filing of a stipulation of dismissal of each of the defendants or the entire action.  All other hearings are off calendar.

**IT IS SO ORDERED**.

DATED: March 25, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -